Commonwealth *v.* Ruffalo, Appellant.

Argued November 25, 1975. *Vincent C. Murovich, Jr.*, for appellant; *Charles W. Johns*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent.